**Main Line Health**

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | | |
|---|---|---|
| Pay Group: | H40-RMH Hourly 40 | |
| Pay Begin Date: | 12/22/2024 | |
| Pay End Date: | 01/04/2025 | |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000007028363 |
| Advice Date: | 01/10/2025 |

Michelle Y Gillyard
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.720000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 21.720000 | 61.50 | 1,335.78 | 61.50 | 1,335.78 |
| Basic Leave | 21.720000 | 2.50 | 54.30 | 2.50 | 54.30 |
| Holiday Premium | 32.580000 | 16.00 | 521.28 | 16.00 | 521.28 |
| TOTAL: | | 80.00 | 1,911.36 | 80.00 | 1,911.36 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 126.63 | 126.63 |
| Fed MED/EE | 25.91 | 25.91 |
| Fed OASDI/EE | 110.78 | 110.78 |
| PA Unempl EE | 1.34 | 1.34 |
| PA W/H | 54.85 | 54.85 |
| PA PHILADELPHIA W/H | 71.89 | 71.89 |
| PA LS Tax | 2.00 | 2.00 |
| TOTAL: | 393.40 | 393.40 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 99.97 | 99.97 |
| Dental | 16.14 | 16.14 |
| Vision | 14.23 | 14.23 |
| 403(b) Tax Shelter Annuity | 95.57 | 95.57 |
| TOTAL: | 225.91 | 225.91 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 530.68 | 530.68 |
| Dental | 13.61 | 13.61 |
| Basic Life Insurance | 1.93 | 1.93 |
| Basic Life AD&D | 0.45 | 0.45 |
| Short Term Disability | 6.69 | 6.69 |
| Long Term Disability* | 5.73 | 5.73 |
| 403(b) Tax Shelter Annuity | 19.11 | 19.11 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,911.36 | 1,691.18 | 393.40 | 225.91 | 1,292.05 |
| YTD | 1,911.36 | 1,691.18 | 393.40 | 225.91 | 1,292.05 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 26.62 | 0.00 | 0.00 | 8.00 |
| + Earned | 4.62 | 0.00 | 80.00 | 0.00 |
| - Taken | 2.50 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| End Balance | 28.73 | 0.00 | 80.00 | 8.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007028363 | Checking | 6815268476 | 1,292.05 |
| TOTAL: | | | 1,292.05 |

| Pension Hours YTD | 80.00 |
|---|---|

MESSAGE:

**Main Line Health**

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | | |
|---|---|---|
| Pay Group: | H40-RMH Hourly 40 | |
| Pay Begin Date: | 01/05/2025 | |
| Pay End Date: | 01/18/2025 | |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000007041789 |
| Advice Date: | 01/24/2025 |

Michelle Y Gillyard
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.720000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 21.720000 | 80.00 | 1,737.60 | 141.50 | 3,073.38 | Fed W/H | 106.58 | 233.21 |
| Overtime | 32.580000 | 0.50 | 16.29 | 0.50 | 16.29 | Fed MED/EE | 23.62 | 49.53 |
| Basic Leave | | | 0.00 | 2.50 | 54.30 | Fed OASDI/EE | 101.01 | 211.79 |
| Holiday Premium | | | 0.00 | 16.00 | 521.28 | PA Unempl EE | 1.23 | 2.57 |
| | | | | | | PA W/H | 50.02 | 104.87 |
| | | | | | | PA PHILADELPHIA W/H | 65.99 | 137.88 |
| | | | | | | PA LS Tax | 2.00 | 4.00 |
| **TOTAL:** | | 80.50 | 1,753.89 | 160.50 | 3,665.25 | **TOTAL:** | 350.45 | 743.85 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical | 99.97 | 199.94 | | | | Medical | 530.68 | 1,061.36 |
| Dental | 16.14 | 32.28 | | | | Dental | 13.61 | 27.22 |
| Vision | 14.23 | 28.46 | | | | Basic Life Insurance | 1.93 | 3.86 |
| 403(b) Tax Shelter Annuity | 105.23 | 200.80 | | | | Basic Life AD&D | 0.45 | 0.90 |
| | | | | | | Short Term Disability | 6.69 | 13.38 |
| | | | | | | Long Term Disability* | 5.73 | 11.46 |
| | | | | | | 403(b) Tax Shelter Annuity | 17.54 | 36.65 |
| **TOTAL:** | 235.57 | 461.48 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,753.89 | 1,524.05 | 350.45 | 235.57 | 1,167.87 |
| YTD | 3,665.25 | 3,215.23 | 743.85 | 461.48 | 2,459.92 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 26.62 | 0.00 | 0.00 | 8.00 |
| + Earned | 9.23 | 0.00 | 80.00 | 0.00 |
| - Taken | 2.50 | 0.00 | 0.00 | 0.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | 33.35 | 0.00 | 80.00 | 8.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007041789 | Checking | 6815268476 | 1,167.87 |
| **TOTAL:** | | | 1,167.87 |

Pension Hours YTD    160.50

MESSAGE:

**Main Line Health**

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | |
|---|---|
| Pay Group: | H40-RMH Hourly 40 |
| Pay Begin Date: | 01/19/2025 |
| Pay End Date: | 02/01/2025 |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000007055141 |
| Advice Date: | 02/07/2025 |

Michelle Y Gillyard
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.720000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.720000 | 65.50 | 1,422.66 | 207.00 | 4,496.04 |
| Unscheduled Basic Leave | 21.720000 | 6.50 | 141.18 | 6.50 | 141.18 |
| Holiday Hours | 21.720000 | 8.00 | 173.76 | 8.00 | 173.76 |
| Basic Leave | | | 0.00 | 2.50 | 54.30 |
| Holiday Premium | | | 0.00 | 16.00 | 521.28 |
| Overtime | | | 0.00 | 0.50 | 16.29 |
| **TOTAL:** | | **80.00** | **1,737.60** | **240.50** | **5,402.85** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 104.74 | 337.95 |
| Fed MED/EE | 23.39 | 72.92 |
| Fed OASDI/EE | 100.01 | 311.80 |
| PA Unempl EE | 1.21 | 3.78 |
| PA W/H | 49.52 | 154.39 |
| PA PHILADELPHIA W/H | 65.37 | 203.25 |
| PA LS Tax | 2.00 | 6.00 |
| **TOTAL:** | **346.24** | **1,090.09** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 99.97 | 299.91 |
| Dental | 16.14 | 48.42 |
| Vision | 14.23 | 42.69 |
| 403(b) Tax Shelter Annuity | 104.26 | 305.06 |
| **TOTAL:** | **234.60** | **696.08** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 530.68 | 1,592.04 |
| Dental | 13.61 | 40.83 |
| Basic Life Insurance | 1.93 | 5.79 |
| Basic Life AD&D | 0.45 | 1.35 |
| Short Term Disability | 6.69 | 20.07 |
| Long Term Disability* | 5.73 | 17.19 |
| 403(b) Tax Shelter Annuity | 17.38 | 54.03 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,737.60 | 1,508.73 | 346.24 | 234.60 | 1,156.76 |
| YTD | 5,402.85 | 4,723.96 | 1,090.09 | 696.08 | 3,616.68 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 26.62 | 0.00 | 0.00 | 8.00 |
| + Earned | 13.85 | 0.00 | 80.00 | 0.00 |
| - Taken | 9.00 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | **31.46** | **0.00** | **80.00** | **0.00** |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007055141 | Checking | 6815268476 | 1,156.76 |
| **TOTAL:** | | | **1,156.76** |

| Pension Hours YTD | 240.50 |
|---|---|

MESSAGE:

**Main Line Health**

**Riddle Memorial Hospital**
1068 W Baltimore Pike
Media, PA 19063

| | | |
|---|---|---|
| Pay Group: | H40-RMH Hourly 40 | |
| Pay Begin Date: | 02/02/2025 | |
| Pay End Date: | 02/15/2025 | |

| | |
|---|---|
| Business Unit: | 20000 |
| Advice #: | 000000007068478 |
| Advice Date: | 02/21/2025 |

**Michelle Y Gillyard**
147 Fern St
Philadelphia, PA 19120

| | |
|---|---|
| Employee ID: | 61671 |
| Department: | 8004046-Public Safety |
| Location: | Riddle Memorial Hospital |
| Job Title: | Public Safety Officer |
| Pay Rate: | $21.720000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 21.720000 | 77.25 | 1,677.87 | 284.25 | 6,173.91 |
| Overtime | 21.874667 | 1.25 | 40.82 | 1.75 | 57.11 |
| 2nd Shift Differential | 1.500000 | 4.25 | 6.38 | 4.25 | 6.38 |
| Unscheduled Basic Leave | 21.720000 | 1.50 | 32.58 | 8.00 | 173.76 |
| Basic Leave | | 0.00 | 0.00 | 2.50 | 54.30 |
| Holiday Hours | | | 0.00 | 8.00 | 173.76 |
| Holiday Premium | | | 0.00 | 16.00 | 521.28 |
| **TOTAL:** | | **84.25** | **1,757.65** | **324.75** | **7,160.50** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed W/H | 107.00 | 444.95 |
| Fed MED/EE | 23.68 | 96.60 |
| Fed OASDI/EE | 101.25 | 413.05 |
| PA Unempl EE | 1.23 | 5.01 |
| PA W/H | 50.13 | 204.52 |
| PA PHILADELPHIA W/H | 66.13 | 269.38 |
| PA LS Tax | 2.00 | 8.00 |
| **TOTAL:** | **351.42** | **1,441.51** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 99.97 | 399.88 |
| Dental | 16.14 | 64.56 |
| Vision | 14.23 | 56.92 |
| 403(b) Tax Shelter Annuity | 105.46 | 410.52 |
| **TOTAL:** | **235.80** | **931.88** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 530.68 | 2,122.72 |
| Dental | 13.61 | 54.44 |
| Basic Life Insurance | 1.93 | 7.72 |
| Basic Life AD&D | 0.45 | 1.80 |
| Short Term Disability | 6.69 | 26.76 |
| Long Term Disability* | 5.73 | 22.92 |
| 403(b) Tax Shelter Annuity | 17.58 | 71.61 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,757.65 | 1,527.58 | 351.42 | 235.80 | 1,170.43 |
| YTD | 7,160.50 | 6,251.54 | 1,441.51 | 931.88 | 4,787.11 |

| YTD | BASIC | SUPPLEMENTAL | EXTENDED/ PROLONGED | HOLIDAY |
|---|---|---|---|---|
| Start Balance | 26.62 | 0.00 | 0.00 | 8.00 |
| + Earned | 18.46 | 0.00 | 80.00 | 0.00 |
| - Taken | 10.50 | 0.00 | 0.00 | 8.00 |
| + Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| - Sold | 0.00 | 0.00 | 0.00 | 0.00 |
| **End Balance** | **34.58** | **0.00** | **80.00** | **0.00** |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000007068478 | Checking | 6815268476 | 1,170.43 |
| **TOTAL:** | | | **1,170.43** |

| Pension Hours YTD | 320.50 |
|---|---|

**MESSAGE:**