UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHELLE Y. GILLYARD<br><br>    Debtor | Chapter 13<br>Bankruptcy No.25-11228-PMM |

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 17th day of September, 2025, by first class mail upon those listed below:

MICHELLE Y. GILLYARD
147 FERN STREET
PHILADELPHIA, PA  19120

**Electronically via CM/ECF System Only:**

MICHAEL D. SAYLES ESQ

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

    */s/ Kenneth E. West, Esq.*
    Kenneth E. West, Esq.
    Standing Chapter 13 Trustee