# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michelle Y. Gillyard a/k/a Michell Y. Lindsey**<br>　　　　　　　　　　Debtor<br><br>**Pennsylvania Housing Finance Agency**<br>　　　　　　　　　Respondent<br>　　　vs.<br><br>**Michelle Y. Gillyard a/k/a Michell Y. Lindsey**<br>　　　　　　　　　　Debtor | CHAPTER 13<br>BK. NO. 25-11228 PMM |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Responses to Debtor's Requests for Production of Documents were served by first class mail, postage pre-paid, upon the parties listed below on **October 15, 2025**.


Michael D. Sayles Esq.
427 West Cheltenham Ave. Suite #2
Elkins Park, PA 19027



Date: October 15, 2025

　　　　　　　　　　　　　　　　　　　　By: /s/ <u>Matthew Fissel</u>
　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com