# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michelle Y. Gillyard a/k/a Michell Y. Lindsey**<br>Debtor<br><br>**Pennsylvania Housing Finance Agency**<br>Respondent<br>vs.<br><br>**Michelle Y. Gillyard a/k/a Michell Y. Lindsey**<br>Debtor | CHAPTER 13<br>BK. NO. 25-11228 PMM |

## **CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Responses to Debtor's Requests for Admission were served by first class mail, postage pre-paid, upon the parties listed below on **October 15, 2025**.

Michael D. Sayles Esq.
427 West Cheltenham Ave. Suite #2
Elkins Park, PA 19027

Date: October 15, 2025

                                       By: /s/ <u>Matthew Fissel</u>
                                       Matthew Fissel, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       Phone: (215) 627-1322 Fax: (215) 627-7734
                                       Attorneys for Movant/Applicant
                                       bkgroup@kmllawgroup.com