UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gillyard** : CHAPTER 13
:
:
DEBTOR : Bankruptcy No.: **25-11228**

**PRAECIPE OF DEBTOR TO
WITHDRAW OBJECTION TO PROOF OF CLAIM**

To the Clerk, United States Bankruptcy Court:

    Kindly withdraw **Debtor's Objection to Proof of Claim# 3: PHFA: Docket Entry # 25 & 26, for the record.**

                                        Respectfully Submitted,

                                        By: \s\ **Michael D. Sayles, Esquire**
                                                    Michael D. Sayles
                                                    Attorney for Debtor

Dated: **November 30, 2025**