UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Michelle Gillyard**                  :                  CHAPTER  13
                                                          :
                                                          :
          DEBTOR                              :                  Bankruptcy No.: **25-11228**

## PRAECIPE OF DEBTOR TO WITHDRAW
## AMENDED CHAPTER 13 PLAN

To the Clerk, United States Bankruptcy Court:

Kindly withdraw Debtor's amended Chapter 13 Bankruptcy Plan filed on February 12,

2026 @ Docket Entries #43, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
                Michael D. Sayles
                Attorney for Debtor

Dated: April 6, 2026