## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Michelle Y. Gillyard,                              :          **Chapter 13**

                                                   :          **Case No. 25-11228 (PMM)**

Debtor.                                            :

### ORDER TO SHOW CAUSE WHY: 1) THIS CASE SHOULD NOT BE DISMISSED AND 2) A BAR ORDER SHOULD NOT BE ENTERED AGAINST THE DEBTOR

**AND NOW,** upon consideration of the fact that the Debtor has filed five (5) previous bankruptcy cases;

AND upon further consideration of counsel for the Debtor's representation at the April 7, 2026 hearing that this chapter 13 case is not moving forward;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, April 21, 2026 at 1:00 p.m.** and **show cause** why this case should not be dismissed **with a bar** to refiling.

The hearing will be held via Zoom teleconference:

https://www.zoomgov.com/j/1604457928?pwd=HQTn4QQaQju9Wv9BjWJGnYMGbvIMsT.1

Meeting ID: 160 445 7928
Passcode: 952332

It is further **ORDERED** that failure to appear for the hearing may result in **dismissal of this case as well as the imposition of a one (1) year bar to filing for bankruptcy protection** without further notice or hearing.

Date:   4/7/26

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**