## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **MICHELLE Y. GILLYARD** | . | |
| | : | **Case No. 25-11228 (PMM)** |
| **Debtor(s)** | : | |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing

held in this matter on April 7, 2026,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

**Date: 4/7/2026**

_____

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**