United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11228-pmm |
| Michelle Y. Gillyard | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 07, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID               Recipient Name and Address**
db                    + Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 09, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
                              on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
                              dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTHEW K. FISSEL
                              on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
                              matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
                              on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net  midusa1@outlook.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Michelle Y. Gillyard,                :        **Chapter 13**

                                     :        **Case No. 25-11228 (PMM)**

Debtor.                              :

### ORDER TO SHOW CAUSE WHY: 1) THIS CASE SHOULD NOT BE DISMISSED AND 2) A BAR ORDER SHOULD NOT BE ENTERED AGAINST THE DEBTOR

**AND NOW,** upon consideration of the fact that the Debtor has filed five (5) previous

bankruptcy cases;

AND upon further consideration of counsel for the Debtor's representation at the April 7,

2026 hearing that this chapter 13 case is not moving forward;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday,**

**April 21, 2026 at 1:00 p.m.** and **show cause** why this case should not be dismissed **with a bar**

to refiling.

The hearing will be held via Zoom teleconference:

https://www.zoomgov.com/j/1604457928?pwd=HQTn4QQaQju9Wv9BjWJGnYMGbvlMsT.1

Meeting ID: 160 445 7928
Passcode: 952332

It is further **ORDERED** that failure to appear for the hearing may result in **dismissal of**

**this case as well as <u>the imposition of a one (1) year bar to filing for bankruptcy protection</u>**

without further notice or hearing.

Date:  4/7/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**