UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gillyard**          :          CHAPTER  13

:

:

     DEBTOR           :          Bankruptcy No.: **25-11228\pmm**

PRAECIPE OF DEBTOR TO WITHDRAW
RESPONSE TO MOTION FOR RELIEF FROM STAY

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM
STAY**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles, Esquire
Attorney for Debtor

Dated: April 20, 2026