UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: MICHELLE Y. GILLYARD     :    Chapter 13

           :

    Debtor(s)       :

           :    Bankruptcy No.: 25-11228 PMM

## CONSENT ORDER

    AND NOW, this     day of        ,2026, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with a bar to re-filing, it is

    ORDERED, that in light of 5 prior bankruptcy filings of debtor, if this case is dismissed for any reason, debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within a period of 365 days of dismissal, and it is further

    ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

_4- 21-26_
Date

_4/21/26_
Date

_4/21/26_
Date

**Date: April 22, 2026**

Mark K. Miller, Esquire, for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

Attorney for Debtor
**MICHAEL D. SAYLES**

Debtor
**MICHELLE Y. GILLYARD..**

Hon. Patricia M. Mayer
**BANKRUPTCY JUDGE**