United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-11228-pmm

Michelle Y. Gillyard                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                           User: admin                                    Page 2 of 2

Date Rcvd: Apr 23, 2026                        Form ID: pdf900                                Total Noticed: 3

LEON P. HALLER
      on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTHEW K. FISSEL
      on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

MICHAEL D. SAYLES
      on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net  midusa1@outlook.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: MICHELLE Y. GILLYARD      :     Chapter 13

      Debtor(s)                :

                              :     Bankruptcy No.: 25-11228 PMM

## CONSENT ORDER

AND NOW, this _____ day of _____ .2026, upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with a bar to re-filing, it is

ORDERED, that in light of 5 prior bankruptcy filings of debtor, if this case is dismissed for any reason, debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within a period of 365 days of dismissal, and it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party who is moving for dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

_____4-21-26_____
Date

_____4/21/26_____
Date

_____4/21/26_____
Date

**Date: April 22, 2026**

_____
..k K. Miller, Esquire, for
Kenneth E. West, Esquire
Chapter 13 Standing Trustee

_____
Attorney for Debtor
MICHAEL D. SAYLES

_____
Debtor
MICHELLE Y. GILLYARD..

_____
Hon. Patricia M. Mayer
BANKRUPTCY JUDGE