United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Michelle Y. Gillyard
    Debtor

Case No. 25-11228-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Y. Gillyard, 147 Fern Street, Philadelphia, PA 19120-1954 |
| 14992575 | + | Dan's Auto Sales Inc., 6450 Harbison Avenue, Philadelphia, PA 19149-3036 |
| 14992578 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14999881 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14992580 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14992584 | + | US Bank National Association, 111 East Wacker Drive, Suite 3000, Chicago, IL 60601-4803 |
| 14992585 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 01:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14992570 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 01:12:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992587 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, City of Philadelphia Law Department, Bankruptcy Group, MSB, 1401 JFK Blvd., Philadelphia, PA 19102-1595 |
| 15034704 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14992572 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, C/O Law Department, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14992571 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14992573 | | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | City of Philadelphia, c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14992574 | + | Email/Text: convergent@ebn.phinsolutions.com | May 28 2026 01:01:56 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14992576 | | Email/Text: mrdiscen@discover.com | May 28 2026 01:00:00 | Discover Bank, P.O. Box 8003, Hilliard, OH 43026 |
| 14992577 | ^ | MEBN | May 28 2026 00:56:21 | KML Law Group, PC, Suite 5000-Mellon |

District/off: 0313-2                          User: admin                                    Page 2 of 3

Date Rcvd: May 27, 2026                       Form ID: pdf900                                Total Noticed: 26

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15013127 | + | Email/Text: blegal@phfa.org | May 28 2026 01:01:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14992579 | + | Email/Text: blegal@phfa.org | May 28 2026 01:01:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14992581 | ^ | MEBN | May 28 2026 00:56:24 | Philadelphia Gas Works, ATTN: Bankruptcy Department 3F, 800 West Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15009312 | ^ | MEBN | May 28 2026 00:56:23 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 14992582 |  | Email/Text: signed.order@pfwattorneys.com | May 28 2026 01:00:00 | Pressler and Presler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 14992583 |  | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 28 2026 01:12:55 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14997126 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 28 2026 01:12:55 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14992586 |  | Email/Text: megan.harper@phila.gov | May 28 2026 01:01:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: May 27, 2026                       Form ID: pdf900                               Total Noticed: 26

matthew.fissel@brockandscott.com

MICHAEL D. SAYLES

on behalf of Debtor Michelle Y. Gillyard midusa1@comcast.net  midusa1@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michelle Y. Gillyard,                :        **Chapter 13**

                                                    :

**Debtor**                                     :        **Bky. No. 25-11228 (PMM)**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

6. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: 5/27/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**