IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Michelle Gillyard**            :            CHAPTER  13

                                        :

                                        :

     DEBTOR                              :            Bankruptcy No:  **25-11228\pmm**

### CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the Proposed Compensation

nor to Application for Administrative Expense has been filed.

Dated: **July 22, 2026**                        Respectfully Submitted,

                                        **\s\ Michael D. Sayles**
                                        Michael D. Sayles
                                        Attorney for Debtor
                                        PO Box 11222
                                        Elkins Park, PA  19027
                                        215-635-2270 (phone)
                                        midusa1@comcast.net