UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Michelle Gilyard**                )        Chapter 13
                                            )
                                            )
        Debtor                              )
                                            )        Bankruptcy No.: **25-11228\pmm**

ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection,

counsel fees are allowed in the following amounts:

Total fee award:…….$6,000.00

Court Cost………………$0.00

Amounts already paid by Debtor …….$1,000.00

Net amount to be paid by Trustee:    **$5,000.00**

The net amount is to be paid by the Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: **July 27, 2026**

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge